IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAMONT SMITH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-05-349-L |
| | ) |
| RON WARD, DIRECTOR, | ) |
| | ) |
| Respondent. | ) |

## **O R D E R**

Petitioner, a state prisoner appearing *pro se*, brings this action pursuant to 28 U.S.C. §2241, seeking a writ of habeas corpus. This matter is before the court for review of the Report and Recommendation entered by United States Magistrate Judge Valerie K. Couch on August 23, 2005, wherein she recommends that the petition be denied.

The court file reflects that no party has filed an objection to the Report and Recommendation within the time limits allowed. Having conducted a *de novo* review of the matter, the Court finds that the Report and Recommendation should be adopted in its entirety.

Accordingly, petitioner's Petition for a Writ of Habeas Corpus should be and is hereby **DENIED; this action is DISMISSED.**

It is so ordered this   21st   day of September, 2005.

_____
TIM LEONARD
United States District Judge