IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

LAMONT SMITH,                          )
                                       )
                Petitioner,            )
                                       )
v.                                     )          Case No.  CIV-05-349-L
                                       )
RON WARD, DIRECTOR,                    )
                                       )
                Respondent.            )

## O R D E R

Petitioner, a state prisoner appearing *pro se*, brings this action pursuant to

28 U.S.C. §2241, seeking a writ of habeas corpus. This matter is before the court

for review of the Report and Recommendation entered by United States

Magistrate Judge Valerie K. Couch on August 23, 2005, wherein she

recommends that the petition be denied.  Previously, by order dated October 11,

2005, the court vacated its earlier order and judgment adopting the Report and

Recommendation, finding that the petitioner should be given additional time to file

written objections.  In keeping with the court's order, petitioner filed written

objections, which the court has carefully considered.  However, upon review, the

court finds that petitioner's objections are insufficient to overturn the conclusions

of the Magistrate Judge in this matter.

Having conducted a *de novo* review of the matter, the Court finds that the

Report and Recommendation should be adopted in its entirety.  Petitioner's

disciplinary conviction was supported by some evidence and petitioner was

provided with sufficient notice.  Therefore, the Magistrate Judge properly

determined that petitioner was provided with procedural due process.

Accordingly, petitioner's Petition for a Writ of Habeas Corpus should be

and is hereby **DENIED; this action is DISMISSED.**

It is so ordered this 29th day of November, 2005.

_Tim Leonard_

TIM LEONARD
United States District Judge